**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**

Glenn Anderson,

    Plaintiffs,

    vs                                         Case No. 1:20-CV-849

Milacron LLC dba

Cincinnati Milacron, et al.

    Defendants.

**CERTIFICATE OF MAILING BY CLERK**

**Certified mail service** has been done by the Clerk, U.S. District Court on November 9, 2020. A copy of the complaint, document 1, and summons, document 2, was sent by certified mail to the following locations:

    MILACRON INC.
    dba CINCINNATI MILACRON
    4165 Half-Acre Road
    Batavia, OH 45103
    Article Number (7016 2710 0001 1125 0442)

    MILACRON LLC.
    dba CINCINNATI MILACRON
    4165 Half-Acre Road
    Batavia, OH 45103
    Article Number (7016 2710 0001 1125 0435)

    MILACRON INC.
    dba CINCINNATI MILACRON
    c/o Corporation Service Company
    50 West Broad Street, Suite 1330
    Columbus, OH 43215
    Article Number (7016 2710 0001 1125 0428)

    MILACRON LLC.
    dba CINCINNATI MILACRON
    c/o Corporation Service Company
    50 West Broad Street, Suite 1330
    Columbus, OH 43215
    Article Number (7016 2710 0001 1125 0411)

The Milacron Severance Plan
c/o MILACRON LLC, Plan Admin.
10200 Alliance Road, Suite 200
Cincinnati, OH 45242
Article Number (7016 2710 0001 1125 0404)

Richard W. Nagel, Clerk of Court

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk

(Rev. 02/01/2015)