

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MILACRON INC.
dba CINCINNATI MILACRON
4165 Half-Acre Road
Batavia, OH 45103

9590 9402 5590 9274 3209 14

2. Article Number *(Transfer from service label)*

7016 2710 0001 1125 0442

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  MCFADDEN C-5   ☒ Agent   ☐ Addressee

B. Received by *(Printed Name)*
COVID-19

C. Date of Delivery
11-12-20

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

1:20-cv-849

Domestic Return Receipt

**USPS TRACKING #**

9590 9402 5590 9274 3209 14

CINCINNATI OH 452
16 NOV 2020 PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

RECEIVED
NOV 17 2020
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

US District Court – Office of the Clerk
Potter Stewart US Courthouse Room 103
100 East Fifth Street
Cincinnati, OH 45202

1:20-cv-849



USPS TRACKING #

9590 9402 5590 9274 3209 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED
NOV 6 '2020
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

US District Court – Office of the Clerk
Potter Stewart US Courthouse Room 103
100 East Fifth Street
Cincinnati, OH 45202

1:20-cv-849



- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

THE MILACRON SEVERANCE PLAN
c/o MILACRON LLC, Plan Admin
10200 Alliance Road, Suite 200
Cincinnati, OH 45242

9590 9402 5590 9274 3209 38

2. Article Number (Transfer from service label)

7016 2710 0001 1125 0404

A. Signature
X _Murry Gawan_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
MWM GAWAN

C. Date of Delivery
11-12-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

C19
4221
Matas

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
✓ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      1:20-CV-849      Domestic Return Receipt

**USPS TRACKING #**

CINCINNATI OH 452
16 NOV 2020 PM 4 L

9590 9402 5590 9274 3209 38

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

RECEIVED
NOV 16 2020
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

• Sender: Please print your name, address, and ZIP+4® in this box•

US District Court – Office of the Clerk
Potter Stewart US Courthouse Room 103
100 East Fifth Street
Cincinnati, OH 45202

1:20-cv-849





USPS TRACKING #

COLUMBUS OH 430

12 NOV 2020 PM 4 L

9590 9402 5590 9274 3209 07

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

RECEIVED NOV 16 2020

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

US District Court – Office of the Clerk
Potter Stewart US Courthouse Room 103
100 East Fifth Street
Cincinnati, OH 45202

1:20-cv-849



1:20-CV-849 Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053

9590 9402 5590 9274 3208 91

2. Article Number (Transfer from service label)

7014 3310 1535 1880 0411

3. Service Type
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery
- ☐ Return Receipt for Merchandise

Agent
By Leanne E. Schausse

1. Article Addressed to:

MILACRON LLC
dba CINCINNATI MILACRON
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

RECEIVED
Corporation Service Company
NOV 10 2020

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5590 9274 3208 91

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. District Court – Office of the Clerk
Potter Stewart U.S. Courthouse Room 103
100 East Fifth Street
Cincinnati, OH 45202

RECEIVED
NOV 6 2020
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:20-cv-849